UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GEORGE GIUSTI

     v.                                                                                                     CA 11-360 ML

MICHAEL J. ASTRUE
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the objection of Plaintiff to a Report and Recommendation issued by Magistrate Judge Almond on August 22, 2012. The Court has reviewed the objection and the Report and Recommendation. Finding no merit in Plaintiff's objection, and further finding that Magistrate Judge Almond accurately recounted the record facts and properly applied the pertinent law, this Court adopts the Report and Recommendation in its entirety.

The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED. Plaintiff's Motion to Reverse is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 12, 2012